

# NUMBER 13-20-00503-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE C & J ENERGY SERVICES, INC.

## On Petition for Writ of Mandamus.

# ORDER

**Before Justices Benavides, Hinojosa, and Tijerina**
**Order Per Curiam**

Relator C & J Energy Services, Inc. filed a petition for writ of mandamus seeking to compel the trial court to vacate its June 24, 2020 discovery order requiring relator to respond to specified requests for production propounded by real parties in interest, Jimmy Allen and Dale Allen. Relator has also filed an agreed motion for temporary relief seeking to stay production under the trial court's order until ten or twenty[1] days after the date of this Court's final disposition of the petition for writ of mandamus.

---

[1] The agreed motion for temporary relief requests that we stay the ordered production of discovery for a period of both ten days after disposition and twenty days after disposition. This discrepancy is not material to our analysis and ruling herein.

The Court, having examined and fully considered the agreed motion for temporary relief, is of the opinion that it should be granted. Accordingly, we GRANT the agreed motion or temporary relief and ORDER the date for production under the trial court's June 24, 2020 order, and all hearings pertaining to that production, to be STAYED until ten days after final disposition in this Court or further ruling of the Court. *See* TEX. R. APP. P. 52.10.

The Court requests that the real parties in interest, Jimmy Allen and Dale Allen, or any others whose interest would be directly affected by the relief sought, including but not limited to Baker Hughes Oilfield Operations, LLC, Cameron Technologies Inc. and Cameron Technologies US, Inc., Ervin Well Site Consultants, LLC, Jaguar Hydrostatic Testing, Inc., Key Energy Services, Inc. and Key Energy Services, LLC, Nitro Fluids, LLC, and Westbrook Manufacturing Company, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed the
20th day of November, 2020.